1  THOMAS F. LANDERS [SBN 207335]
   tlanders@swsslaw.com
2  PETER J. CALTAGIRONE [SBN 297559]
   pcaltagirone@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   (t) 619.231.0303
5  (f) 619.231.4755

6  Attorneys for Defendant MIDLAND CREDIT
   MANAGEMENT, INC.
7

8                SUPERIOR COURT OF CALIFORNIA

9                       COUNTY OF ORANGE

10                      LIMITED JURISDICTION

11 | MOSTAFA AHMED ALHANJOUR,        | Case No. 30-2014-00746184-CL-NP-CJC |
12 |         Plaintiff,              | **ANSWER TO PLAINTIFF'S COMPLAINT** |
13 |     v.                          | Action Filed:   September 19, 2014  |
14 | MIDLAND CREDIT MANAGEMENT, INC.,|                                     |
15 |         Defendant.              |                                     |
16

17     Defendant MIDLAND CREDIT MANAGEMENT, INC. ("Defendant") answers the

18 Complaint of Plaintiff MOSTAFA AHMED ALHANJOUR ("Plaintiff") as follows:

19                        **GENERAL DENIAL**

20     Pursuant to Section 431.30(d) of the California Code of Civil Procedure, Defendant

21 generally and specifically denies each and every allegation set forth in the Complaint, and the

22 whole thereof, and generally and specifically denies that Plaintiff has been injured or has suffered

23 any damages in any sum whatsoever.

24                      **AFFIRMATIVE DEFENSES**

25     As and for separate affirmative defenses to the Complaint, and without assuming or

26 shifting any burden of proof required of Plaintiff to establish his claims, Defendant alleges on

27 information and belief as follows:

28 / / /

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1. The allegations of the Complaint fail to state a claim against Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Statute of Limitations/Laches)

2. The purported claims set forth in the Complaint are barred in whole or in part by the applicable statutes of limitation and/or the equitable doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE
### (Bona Fide Error)

3. To the extent that any violation of law occurred, which Defendant expressly denies, said violation was not intentional and resulted from a bona fide error notwithstanding the maintenance by Defendant of procedures reasonably adapted to avoid any such error.

### FOURTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

4. Defendant alleges on information and belief that the allegations in the Complaint and relief requested are, on information and belief, barred in whole or in part by the doctrine of unclean hands.

### FIFTH AFFIRMATIVE DEFENSE
### (No Willful Conduct)

5. Defendant acted in good faith at all times in its dealings with Plaintiff, and if any conduct by Defendant is found to be unlawful, which Defendant expressly denies, such conduct was not willful and should not give rise to liability.

### SIXTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

6. Defendant alleges on information and belief that Plaintiff, although under a legal obligation to do so, has failed to take reasonable steps to mitigate any alleged damages that he may have and is therefore barred from recovering damages, if any, from Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

### (Waiver)

7. Defendant alleges on information and belief that Plaintiff has waived his rights, if any, to recover the relief he seeks in the Complaint based upon his own conduct and admissions with respect to the financial obligation at issue.

## EIGHTH AFFIRMATIVE DEFENSE

### (Good Faith)

8. Defendant has, at all material times with respect to Plaintiff, acted in good faith in an effort to comply fully with all relevant federal and state laws.

## NINTH AFFIRMATIVE DEFENSE

### (Apportionment)

9. Without admitting that any damages exist, if damages were suffered by Plaintiff as alleged in the Complaint, those damages were proximately caused by and contributed by persons other than Defendant. The liability, if any exists, of all defendants and/or any responsible parties, named or unnamed, should be apportioned according to their relative degrees of fault, and the liability of this Defendant should be reduced accordingly.

## TENTH AFFIRMATIVE DEFENSE

### (Supervening Cause)

10. The causes of action in the Complaint are barred, in whole or in part, to the extent that any injury or loss sustained was caused by intervening or supervening events over which Defendant had or has no control.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Equitable Indemnity)

11. To the extent that Plaintiff has suffered any damage as a result of any alleged act or omission of Defendant, which Defendant denies, Defendant is entitled to equitable indemnity according to comparative fault from other persons and/or entities causing or contributing to such damages, if any.

///

## TWELFTH AFFIRMATIVE DEFENSE

### (First Amendment)

12. Defendant's conduct is protected under the First Amendment of the United States Constitution and the California Constitution.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Privilege)

13. Defendant alleges that any of its actions and/or communications, if any, whether written or oral, were privileged pursuant to California Civil Code § 47, § 1785.32, 15 U.S.C. § 1692k(d), the common law; and that the use of the process that Plaintiff claims were abused was a publication made in the course of judicial or similar proceedings and were absolutely privileged under California Civil Code § 47(b).

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Conduct of Others)

14. Plaintiff's damages, if any, were caused by the actions or inactions of others over whom this answering Defendant had no control.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Prior Consent)

15. Plaintiff provided prior consent to contact his cellular phone.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Set-Off)

16. Defendant is entitled to a set-off and credit against Plaintiffs' claims.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Right to Amend)

17. Defendants reserve the right to amend this Answer to allege additional affirmative defenses.

## PRAYER

WHEREFORE, Defendant MIDLAND CREDIT MANAGEMENT, INC. requests judgment as follows:

1. That Plaintiff takes nothing by way of his Complaint, which should be dismissed with prejudice;

2. That Defendant recover from Plaintiff its costs according to proof;

3. That Defendant recover its attorneys' fees according to proof; and

4. That the Court orders such other further reasonable relief as the Court may deem just and proper.

DATED: November 11, 2014        SOLOMON WARD SEIDENWURM & SMITH, LLP

By: _____
THOMAS F. LANDERS
PETER J. CALTAGIRONE
Attorneys for MIDLAND CREDIT MANAGEMENT, INC.

1  THOMAS F. LANDERS [SBN 207335]
   tlanders@swsslaw.com
2  PETER J. CALTAGIRONE [SBN 297559]
   pcaltagirone@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   (t) 619.231.0303
5  (f) 619.231.4755

6  Attorneys for Defendant MIDLAND CREDIT
   MANAGEMENT, INC.
7

8              SUPERIOR COURT OF CALIFORNIA

9                    COUNTY OF ORANGE

10                   LIMITED JURISDICTION

11 | MOSTAFA AHMED ALHANJOUR,        | Case No. 30-2014-00746184-CL-NP-CJC
12 |        Plaintiff,               | **DECLARATION OF SERVICE**
13 |   v.                            |
14 | MIDLAND CREDIT MANAGEMENT, INC.,|
15 |        Defendant.               |

16

17 **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

18     At the time of service, I was over 18 years of age and not a party to this action. I am

19 employed in the County of San Diego, State of California. My business address is 401 B Street,

20 Suite 1200, San Diego, CA 92101.

21     On November 11, 2014, I served true copies of the following document(s) described as:

22     1. **Answer to Plaintiff's Complaint**

23 on the interested parties in this action as follows:

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

P:00911400:87025.102                    -1-                30-2014-00746184-CL-NP-CJC
                              DECLARATION OF SERVICE

| | | |
|---|---|---|
| 1 | Todd M. Friedman, Esq. | *Attorneys for Plaintiff* |
| 2 | Suren N. Weerasuriya, Esq.<br>Adrian R. Bacon, Esq. | *Mostafa Ahmed Alhanjour* |
| 3 | Law Offices of Todd M. Friedman, P.C.<br>324 S. Beverly Dr., #725 | |
| 4 | Beverly Hills, CA 90212<br>Telephone: 877-206-4741 | |
| 5 | Facsimile: 866-633-0228<br>Email: tfriedman@attorneysforconsumers.com | |
| 6 | sweerasuriya@attorneysforconsumers.com<br>abacon@attorneysforconsumers.com | |

**BY MAIL:** I enclosed the document(s) in sealed envelope(s) or package(s) addressed to the person(s) at the address(es) listed in the Service List and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with Solomon Ward Seidenwurm & Smith, LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 11, 2014, at San Diego, California.

_____
SHELBY CARDOZA

P:00911400:87025.102                    -2-                    30-2014-00746184-CL-NP-CJC

DECLARATION OF SERVICE

# Details

| | | |
|---|---|---|
| **One Legal Order Number:** 8150042 | **Order Status:** Submitted to Court | **Court Transaction Number:** 4277933 |

### Details

| | | | |
|---|---|---|---|
| **Order Type:** | eFiling-eService | **Case #:** | 30-2014-00746184-CL-NP-CJC |
| **Submitted:** | 11/11/2014 5:05 PM | **Case Title:** | Alhanjour vs. Midland Credit Management, Inc. |
| **Contact:** | Shelby Cardoza | **Court Name:** | Central Justice Center Santa Ana |
| **Attorney:** | Thomas F. Landers | **Court Branch:** | Superior Court of California, Orange County |
| **Email Notices:** | Contact | **Client Billing Code:** | 87025-102 |
| **Deliver Courtesy Copy?** | No | | |
| **Delivery Location:** | | | |

### Filing Details

| | |
|---|---|
| **Message to the eFiling Clerk:** | |
| **Status:** | Received |
| **Status Date:** | 11/11/2014 5:06 PM |
| **Message from eFiling Clerk:** | This Electronic Filing has been received by the Court and has passed technical validations. |

### Documents

| Document | Document Type | Document Name | Pages | Status |
|---|---|---|---|---|
| View Now | Answer to Complaint | Answer to Plaintiff's Complaint | 7 | Uploaded |

### Filed Endorsed Copies, Invoices and Court Returned Documents

There are no Filed Endorsed Copies, Invoices and Court Returned Documents for the order you requested.

### Electronic Service Recipients

#### eService Recipients

| Name | Email | Status | |
|---|---|---|---|
| Thomas F. Landers | tlanders@swsslaw.com | Notification Sent<br>Pending | 11/11/2014 5:06:14 PM<br>11/11/2014 5:05:08 PM |
| Todd Friedman | tfriedman@attorneysforconsumers.com | Notification Sent<br>Pending | 11/11/2014 5:06:15 PM<br>11/11/2014 5:05:08 PM |

One Legal LLC Copyright © 2014

Customer Support: 1-800-938-8815 or support@onelegal.com