LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOSTAFA AHMED ALHANJOUR,** ) | Case No. 8:14-cv-01801-JCG |
| Plaintiff(s) ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** ) | |
| Defendant. ) | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 2nd day of March, 2015.

By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 2nd day of March, 2015, with:

2
3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5
   Honorable Judge Jay C. Gandhi
6  United States District Court
   Central District of California
7

8  Peter J Caltagirone
9  Solomon nWard Seidenwurm and Smith LLP

10
   Thomas F Landers , Jr
11 Solomon Ward Seidenwurm & Smith LLP

12
   This 2nd day of March, 2015.
13

14 s/Todd M. Friedman
   Todd M. Friedman
15

16

17

18

19

20

21

22

23

24

25

26

27

28